1 ANN MILLER RAVEL, County Counsel (S.B. #62139)
LISA HERRICK, Deputy County Counsel (S.B. #157115)
2 OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
3 San Jose, California 95110-1770
Telephone: (408) 299-5900
4

5 Attorneys for Defendants
COUNTY OF SANTA CLARA,
6 EDWARD FLORES and OFFICER
VILLAGOMEZ
7

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 9/1/05*

| | | |
|---|---|---|
| JEFFREY PHILLIPS, | ) | No. C05 01704 RMW (PVT) |
| Plaintiff, | ) ) ) | STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| v. | ) | |
| CORRECTIONS OFFICER VILLA GOMEZ, et al., | ) ) ) | |
| Defendants. | ) ) | |

Plaintiff, Jeffrey Phillips, and Defendants, County of Santa Clara, et al., hereby stipulate through counsel to continue the Case Management Conference currently set for September 2, 2005, at 10:30 a.m., in Courtroom 6 to November 4, 2005, at 10:30 a.m., in Courtroom 6.

Dated: August 31, 2005

By: /s/ ANTHONY BOSKOVICH

Attorneys for Plaintiff
JEFFREY PHILLIPS

//
//
//

Stipulation and [Proposed] Order
Continuing Case Management Conference     1     C05 01704 RMW (PVT)

Dated: August 31, 2005

ANN MILLER RAVEL
County Counsel

By: /s/ Lisa Herrick
LISA HERRICK
Deputy County Counsel

Attorneys for Defendants
COUNTY OF SANTA CLARA

IT IS HEREBY ORDERED that the Case Management Conference currently set for September 2, 2005, at 10:30 a.m., in Courtroom 6, is continued to November 4, 2005, at 10:30 a.m., in Courtroom 6.

Date: 9/1/05



HONORABLE RONALD M. WHYTE

APPROVED
Judge Ronald M. Whyte

S:\Main\Litigation\Phillion\Pleadings\Stip and Order re CMC.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and [Proposed] Order
Continuing Case Management Conference          2          C05 01704 RMW (PVT)