1  ANN MILLER RAVEL, County Counsel (S.B. #62139)
   LISA HERRICK, Deputy County Counsel (S.B. #157115)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding Street, East Wing, Ninth Floor
3  San Jose, California 95110-1770
   Telephone: (408) 299-5900
4

5  Attorneys for Defendants
   COUNTY OF SANTA CLARA,
6  EDWARD FLORES and OFFICER
   VILLAGOMEZ
7

8                  UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

                                              *E-FILED - 11/2/05*
10                     SAN JOSE DIVISION

11  JEFFREY PHILLIPS,              )   No.   C05 01704 RMW (PVT)
                                   )
12            Plaintiff,           )   STIPULATION AND [PROPOSED]
                                   )   ORDER CONTINUING CASE
13  v.                             )   MANAGEMENT CONFERENCE
                                   )
14  CORRECTIONS OFFICER VILLA GOMEZ, )
    et al.,                        )
15                                 )
              Defendants.          )
16  _____)

17      Plaintiff, Jeffrey Phillips, and defendants, County of Santa Clara, et al., hereby

18  stipulate through counsel as follows:

19      1. From September 29, 2005 to October 20, 2005, counsel for defendants was on

20  disability after an unforeseen medical emergency and is currently on disability part-time

21  through December 31, 2005;

22      2. Plaintiff is incarcerated in a facility outside the County of Santa Clara and unable

23  to respond immediately to defendants' request for a demand to settle this matter; and

24  //

25  //

26  //

27  //

28  //

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and [Proposed] Order
Continuing Case Management Conference        1        C05 01704 RMW (PVT)

1       3.  The parties agree to continue the Case Management Conference currently set for

2   November 4, 2005, at 10:30 a.m., in Courtroom 6 to ~~January 27~~ February 10, 2006, at 10:30 a.m., in    (jg)

3   Courtroom 6.

4   Dated: November 2, 2005

5                                  By: _____
                                    ANTHONY BOSKOVICH

6

7                                       Attorneys for Plaintiff
                                    JEFFREY PHILLIPS

8

9   Dated: November 2, 2005                  ANN MILLER RAVEL
                                    County Counsel

10

11                                 By: _____
                                    LISA HERRICK

12                                      Deputy County Counsel

13                                      Attorneys for Defendants
                                    COUNTY OF SANTA CLARA

14

15      IT IS HEREBY ORDERED that the Case Management Conference currently set for

16  November 4, 2005, at 10:30 a.m., in Courtroom 6, is continued to ~~January 27~~ February 10, 2006, at

17  10:30 a.m., in Courtroom 6.

18

19  Date: 11/2/05 _____         /s/ Ronald M. Whyte
                                      HONORABLE RONALD M. WHYTE

20

21

22

23

24

25

26

27

28  S:\Main\Litigation\Phillips\Pleadings\Stip and Order re CMC 11-1-05.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California