```
 1  ANN MILLER RAVEL, County Counsel (S.B. #62139)
    ARYN P. HARRIS, Lead Deputy County Counsel (S.B. #208590)
 2  LISA HERRICK, Deputy County Counsel (S.B. #157115)
    OFFICE OF THE COUNTY COUNSEL
 3  70 West Hedding Street, East Wing, Ninth Floor
    San Jose, California 95110-1770
 4  Telephone: (408) 299-5900

 5  Attorneys for Defendants
    COUNTY OF SANTA CLARA,
 6  EDWARD FLORES and OFFICER
    VILLAGOMEZ
 7
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION        *E-FILED - 2/8/06*

| | |
|---|---|
| JEFFREY PHILLIPS, | No.  C05 01704 RMW (PVT) |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| CORRECTIONS OFFICER VILLA GOMEZ, et al., | |
| Defendants. | |

   Plaintiff, Jeffrey Phillips, and defendants, County of Santa Clara, et al., hereby stipulate through counsel as follows:

   1. The parties are currently exchanging discovery and have been pursuing ADR opportunities;

   2. The parties are hoping that this case will be resolved informally in the near future and are seeking more time to continue their efforts in this regard;

   3. The parties agree to continue the Case Management Conference currently set for

///

///

///

///

///

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and Order
Continuing Case Management Conference        1        C05 01704 RMW (PVT)

1  February 10, 2006, at 10:30 a.m., in Courtroom 6 to March 24, 2006, at 10:30 a.m., in

2  Courtroom 6.

3  Dated: February 6, 2006

4  By: _____/S/_____
       ANTHONY BOSKOVICH

5  Attorneys for Plaintiff
   JEFFREY PHILLIPS

6

7  Dated: February 6, 2006              ANN MILLER RAVEL
                                        County Counsel
8

9  By: _____/S/_____
       ARYN P. HARRIS
10     Lead Deputy County Counsel

11  Attorneys for Defendants
    COUNTY OF SANTA CLARA,
12  EDWARD FLORES and OFFICER
    VILLAGOMEZ

13

14     IT IS HEREBY ORDERED that the Case Management Conference currently set for

15  January 27, 2006 at 10:30 a.m., in Courtroom 6, is continued to March 24, 2006, at 10:30

16  a.m., in Courtroom 6.   This is the final continuance.

17

18  Date: 2/8/06                        __/s/ Ronald M. Whyte_____
                                        HONORABLE RONALD M. WHYTE

S:\Main\Litigation\Phillips\Pleadings\Stip and Order re CMC 020606.wpd

**ANN MILLER RAVEL**
County Counsel
County of Santa Clara
San Jose, California

Stipulation and Order
Continuing Case Management Conference    2    C05 01704 RMW (PVT)