Anthony Boskovich, No. 121198
Law Offices of Anthony Boskovich
28 N. First Street, 6th Floor
San Jose, California 95113-1210

(408) 286-5150

Attorney for plaintiff JEFFREY PHILLIPS

IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 12/8/06*

| | |
|---|---|
| JEFFREY PHILLIPS,<br>               Plaintiff,<br>v.<br>CORRECTIONS OFFICER VILLA GOMEZ, individually and in his capacity as a Santa Clara County Corrections officer; JOHN DOE AND RICHARD ROE, individually and in their capacities as Santa County Corrections officers, the identities and exact number of whom are unknown to Plaintiff at this time; EDWARD FLORES, individually and in his capacity as interim director of the Santa Clara County Department of Corrections officer; COUNTY OF SANTA CLARA; DOES 1 through 25,<br>               Defendants. | No. CV 05-01704 RMW<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE TRIAL |

       IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that having met and conferred regarding the respective calendars of counsel that the Scheduling Order shall be amended as follows:

       1.    Fact and Expert discovery cutoff date is March 16, 2007;

       2.    Last day for dispositive motions is April 13, 2007 at 9:00 a.m.

       3.    The pre-trial conference will be conducted on May 24, 2007 at 10:30 a.m.; the joint pre-trial conference statement is due May 18, 2007;

Page 1

4. Trial shall commence on June 4, 2007.

This request is submitted jointly on behalf of plaintiff's counsel and defendants' counsel. Plaintiff was incarcerated in state prison for most of 2006 and the parties have not completed discovery at this time. Additionally, plaintiff's medical condition is not yet stable and the parties desire additional time to determine the issue and conduct further discovery. Finally, plaintiff has discovered the identities of additional defendants and the County has agreed to stipulate to adding them as parties. Therefore counsel request a three month continuance for the trial and other dates.

Dated: 22 November 2006

**LAW OFFICES OF ANTHONY BOSKOVICH**

By: _____
ANTHONY BOSKOVICH,
Attorney for Plaintiff Jeffrey Phillips

Dated:

**OFFICE OF THE COUNTY COUNSEL**

By: _____
JOHN WINCHESTER,
Deputy County Counsel
Attorney for City Defendants

**It is so ordered:**

Dated:

_____
The Honorable Ronald Whyte
Judge of the United States District court

4. Trial shall commence on June 4, 2007.

This request is submitted jointly on behalf of plaintiff's counsel and defendants' counsel. Plaintiff was incarcerated in state prison for most of 2006 and the parties have not completed discovery at this time. Additionally, plaintiff's medical condition is not yet stable and the parties desire additional time to determine the issue and conduct further discovery. Finally, plaintiff has discovered the identities of additional defendants and the County has agreed to stipulate to adding them as parties. Therefore counsel request a three month continuance for the trial and other dates.

Dated:

**LAW OFFICES OF ANTHONY BOSKOVICH**

By:_____
ANTHONY BOSKOVICH,
Attorney for Plaintiff Jeffrey Phillips

Dated: 11/22/06

**OFFICE OF THE COUNTY COUNSEL**

By:_____
JOHN WINCHESTER,
Deputy County Counsel
Attorney for City Defendants

It is so ordered:

Dated: 12/8/06

/s/ Ronald M. Whyte
_____
The Honorable Ronald Whyte
Judge of the United States District court

Page 2